**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00283-VCF |
| Plaintiff, | |
| v. | **ORDER** |
| KEVIN MICHAEL WELLS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the bench trial currently scheduled for Wednesday, August 16, 2023 at 9:00 a.m., be vacated and continued to September 27, 2023 at the hour of 9:00 a.m. in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 15th day of August, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3