UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>KEVIN MICHAEL WELLS,<br><br>            Defendant. | Case No. 2:23-mj-00283-VCF<br><br>**Order** |

    IT IS THEREFORE ORDERED the defendant having completed all the conditions of probation, that Defendant's guilty plea to Count 1 is WITHDRAWN.

    IT IS FURTHER ORDERED that Count 1 of the Complaint is hereby AMENDED to a charge of Reckless Driving. Defendant pleads GUILTY to Amended Count 1 and the sentence imposed remains the same.

    This case is closed.

    Dated this  30  day of May, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3